[No. 1479-3.    Division Three.    June 8, 1976.]

EDMUND C. GORDON, ET AL, *Respondents*, v. THOMAS
McGIVERN, ET AL, *Appellants*, CLARENCE
McFADDEN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 12299, Patrick McCabe, J., entered March 11,
1975. *Affirmed* by unpublished per curiam opinion.

[No. 1770-3.    Division Three.    June 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
WEIMERSKIRCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lin-
coln County, No. 2073, Richard J. Ennis, J., entered Novem-
ber 21, 1975. *Affirmed* by unpublished opinion per Mc-
Inturff, C.J., concurred in by Green and Munson, JJ.

[No. 1570-3.    Division Three.    June 10, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MILTON
HARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 22895, Del Cary Smith, Jr., J., entered
May 7, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1618-3.    Division Three.    June 10, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES MARVIN
DEIRO, *Appellant*.

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 16662, Walter A. Stauffacher, J., entered
June 27, 1975. *Affirmed* by unpublished opinion per Green,
J., concurred in by McInturff, C.J., and Munson, J.